UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-4968-LAB |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RESTITUTION |
| LEE TRAN, | |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant Lee Tran (hereinafter "Defendant") shall pay restitution in the amount of $531,072.05 as a result of Defendant's conviction for wire fraud, in violation of 18 U.S.C. § 1343. Restitution shall be paid to the victim, Hydranautics, first in the amount of $93,707.17, and then to Travelers Insurance, as a provider of compensation under 18 U.S.C. § 3664(j)(1), in the amount of $437,364.88.

2. Defendant previously paid $93,707.17 to Hydranautics and $98,963.83 to Travelers Insurance for restitution. This amount shall be credited towards the full amount of restitution owed to Hydranautics and to Travelers Insurance, resulting in a $0.00 balance owed to Hydranautics and an outstanding balance of $338,401.05 owed to Travelers Insurance.

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

    4.    After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

        a.    Defendant shall pay restitution at the rate of at least $2,083.00 per month, subject to modification upon further agreement of the parties or order of the Court.

    5.    This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

    6.    Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

    7.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3664(k).

    8.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 6/18/2020

                      HON. LARRY A. BURNS
                      Chief United States District Judge